*M. B. Eubanks,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.

---

### 13071, 13072.   SMYLY *v.* GLOBE & RUTGERS FIRE INSURANCE
Co.

BLOODWORTH, J.   This case was carried by writ of certiorari from this
court to the Supreme Court, and the judgment based upon the opinion
of a majority of this court was reversed.   The headnotes to the opinion
of the Supreme Court are as follows:

" 1. The case comes to this court on certiorari assigning error on the judgment of the Court of Appeals. After careful consideration we have arrived at the conclusion that the verdict was supported by evidence, and that the trial judge did not err in overruling the motion for a new trial. It necessarily follows that the judgment of the Court of Appeals, which reversed the judgment of the trial court in overruling a motion for a new trial based on the general grounds, was erroneous."

" 2. It is unnecessary to decide the assignment of error based on the judgment of the Court of Appeals affirming the judgment of the trial court, complained of in the cross-bill of exceptions, because the effect of the ruling made in the preceding headnote will be an affirmance by the Court of Appeals on the main bill of exceptions and a dismissal of the cross-bill of exceptions." For full opinion see 155 *Ga.* 547 (117 S. E. 819). Under the foregoing ruling the judgment formerly rendered in this case is vacated, and the

*Judgment on main bill of exceptions is affirmed; cross-bill dismissed.*
*Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 11, 1923.

Action on fire insurance policy; from city court of Macon — Judge Gunn. November 4, 1921.

*Walter DeFore, James C. Estes,* for plaintiff.

*Robert G. Plunkett,* for defendant.

